UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PEYTON DEE CHAUVIN                                    CIVIL ACTION

VERSUS                                                      NO. 20-2849

WARDEN PAT BROOKS, ET AL.                     SECTION "R"(4)

# ORDER

Plaintiff Peyton Dee Chauvin, proceeding *pro se* and *in forma pauperis*,[1] brings suit under 42 U.S.C. § 1983, alleging that defendants violated his federal constitutional rights by failing to provide him with a meal during an eighteen-hour period while he was detained pretrial.[2] Pursuant to Eastern District of Louisiana Local Civil Rule 73.2(A) and 28 U.S.C. § 636(b), this matter was referred to Magistrate Judge Karen Wells Roby for a Report and Recommendation ("R&R"), and to conduct an evidentiary hearing if necessary. Magistrate Judge Roby determined that no hearing was necessary and, upon *sua sponte* review for frivolousness under 28 U.S.C. §§ 1915(e)(2), 1915A, and 42 U.S.C. § 1997e(c), recommended that the Court dismiss plaintiff's claims as frivolous and/or for failure to state a claim on which relief can be granted.[3] Plaintiff did not object to the R&R. Therefore, the

---

[1]    R. Doc. 6.
[2]    R. Doc. 4 at 5.
[3]    R. Doc. 21 at 1, 4-5.

Court reviews the R&R for clear error. *Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error. Therefore, the Court adopts Magistrate Judge Roby's R&R as its opinion.

Accordingly, the Court orders the plaintiff's complaint DISMISSED WITH PREJUDICE as to defendants Rhonda Ledet, Stephan Bergeron, and Timothy Soignet.

New Orleans, Louisiana, this __15th__ day of June, 2021.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE